# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| ROSA G. PEREZ. | ) | |
| Plaintiff(s), | ) | 2:04-cv-1402-RLH-RJJ |
| vs. | ) | **O R D E R** |
| MICHAEL J. ASTRUE, *et al.*, | ) | |
| Defendant(s). | ) | |

Before this Court is the Report and Recommendation of United States Magistrate Judge (#30, filed March 31, 2008), entered by the Honorable Robert J. Johnston, regarding the Ninth Circuit's Memorandum Opinion (#24). No objection was filed to Magistrate Judge Johnston's Report and Recommendation of United States Magistrate Judge in accordance with Local Rule IB 3-2 of the Rules of Practice of the United States District Court for the District of Nevada, and the matter was submitted for consideration.

The court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. §636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that the Report and Recommendation of Magistrate Judge Johnston should be accepted and adopted.

/ / / /

/ / / /

1

1    IT IS THEREFORE ORDERED that Magistrate Judge's Report and Recommenda-
2 tion (#30, entered March 31, 2008) is AFFIRMED and ADOPTED and the matter is remanded to
3 the Administrative Law Judge for further proceedings consistent with the findings and conclusions
4 stated in the Report and Recommendation.
5    Dated: May 7, 2008.

_____
**ROGER L. HUNT**
**Chief U.S. District Judge**